DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
SUSAN CUSHMAN
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MADHAVI PANDYA,<br><br>　　　　　Defendant. | 2:15-mj-395-PAL<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Amber M. Craig and Susan Cushman, Assistant United States Attorneys, counsel for the United States of America, and Steven Altig, Esq., counsel for Defendant Madhavi Pandya, that the preliminary hearing, currently set for May 29, 2015, at the hour of 4:00 p.m., be vacated and continued for thirty (30), or to a date to be set at the Court's convenience.

　　　This stipulation is entered into for the following reasons:

　　　1. The parties are engaged in plea negotiations and require additional time to try to resolve the case in lieu of indictment or a preliminary hearing.

　　　2. The Defendant is out custody and does not object to the continuance.

　　　3. For the reasons stated above, the ends of justice would best be served by a continuance of the preliminary hearing.

//

1

4.  This is the first request for a continuance filed herein.

DATED this 22nd day of May, 2015.

|  |  |
|---|---|
|  | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Steven Altig*<br>STEVEN ALTIG, ESQ.<br>Counsel for Defendant Pandya | */s/ Amber M. Craig*<br>*/s/ Susan Cushman*<br>AMBER M. CRAIG<br>SUSAN CUSHMAN<br>Assistant United States Attorneys |

2

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **2:15-mj-395-PAL** |
| vs. | <u>ORDER</u> |
| MADHAVI PANDYA, | |
| Defendant. | |

Based upon the pending Stipulation of counsel, and good cause appearing therefore

IT IS ORDERED that the preliminary hearing, currently scheduled for May 29, 2015, at 4:00 p.m., be vacated and continued to the 30th day of June, 2015, at 4:00 p.m.

DATED this 26th day of May, 2015.

_____
HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

3